UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**ROBERT F. SINEGAL**  **DOCKET NO. 6:25-cv-0572**

**VERSUS**  **JUDGE JAMES D. CAIN, JR.**

**USA, ET AL**  **MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;[1]

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted, pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all pending motions be denied as moot.

**THUS DONE AND SIGNED** in chambers this 5th day of June, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Court has considered Plaintiff's Motion to Amend and/or Correct (Docs. 16 and 18) as objections to the Magistrate Judge's Report and Recommendation.